UNITED STATED BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

**In Re:** Christopher Owen Stokes
*Debtor*

Bankruptcy Case No.
14-40399-drd7

**Christopher Owen Stokes**
   Plaintiff(s)

Adversary Case No.
14-04060-drd

v.

**College Loan Corporation**
**University of San Diego**
**Premier Credit of North America, LLC**
   Defendants

REQUEST FOR ALIAN SUMMONS

    Plaintiff, Christopher Owen Stokes, hereby requests that an alias summons be issued by the District Court Clerk in this case, because the first summons was not able to be timely served upon Defendants.

    Plaintiff requests that an alias summons be issued for the following defendants:

1) College Loan Corporation
   Registered Agent: CSC Lawyers Incorporating Service Company
   221 Bolivar Street
   Jefferson City, MO 65101

2) Premiere Credit of North America, LLC
   Registered Agent: CT Corporation System
   120 South Central Avenue
   Clayton, MO 63105

Dated on June 24, 2014.

_____
PLAINTIFF
PH: 402-730-1407