Case 14-04060-drd    Doc 10    Filed 07/14/14    Entered 07/14/14 16:22:38    Desc Main
Case 14-04060-drd    Doc 8    Filed 06/25/14    Entered 06/25/14 09:15:00    Desc alias
                              Document    Page 1 of 1
                              summonos    Page 2 of 2

(This summons has been reproduced electronically. Questions about its authenticity should be directed to the US Bankruptcy Court, Western District of Missouri, 816-512-1800, Monday through Friday from 9:00 am to 4:30 pm Central Standard Time.)

Case No. 14-04060-drd

# CERTIFICATE OF SERVICE

I, *Christopher Stokes*, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:

☒ Mail Service: Regular, first class United States mail, postage full pre-paid, addressed to:

*College Loan Corporation*
*CSC Lawyers Incorporating Service Co.*
*221 Bolivar Street*
*Jefferson City, MO 65101*

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

FILED
JUL 14 2014
ANN THOMPSON, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI
JA

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

*7/7/2014*                                              *[signature]*
Date                                                     Signature

| Print Name | *Christopher Stokes* |
|---|---|
| Business Address | |
| City | *Kansas City* |
| State | *MO*    Zip *64111* |