Case 14-04060-drd    Doc 15    Filed 09/09/14    Entered 09/09/14 15:57:34    Desc Main
Case 14-04060-drd    Doc 13    Filed 08/19/14    Entered 08/19/14 14:26:53    Desc alias
            Document    Page 2 of 2
            summonos    Page 2 of 2

(This summons has been reproduced electronically. Questions about its authenticity should be directed to the US Bankruptcy Court, Western District of Missouri, 816-512-1800, Monday through Friday from 9:00 am to 4:30 pm Central Standard Time.)

Case No. 14-04060-drd

## CERTIFICATE OF SERVICE

[FILED SEP 9 2014 ANN THOMPSON, CLK. U.S. DISTRICT COURT WEST DISTRICT OF MISSOURI DE]

I, _Chas Stoll_ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _August 28, 2014_ by:

☑ Mail Service: Regular, first class United States mail, postage full pre-paid, addressed to:

Tammy Dickinson
US Attorney
Charles Evans Whittaker Courthouse
400 East 9th Street
Kansas City, MO 64106

Eric Holder
US. Dept. of Justice
950 Pennsylvannia Ave., NW
Washington DC. 20530

US. Dept. of Education
400 Maryland Ave., SW
Washington, DC 20202

Univ. of San Diego
5998 Alcala Park
San Diego, CA
92210

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The **defendant** was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_8/28/2014_                    _[signature]_
Date                            Signature

| Print Name |
| Business Address |
| City |
| State    Zip |