## UNITED STATED BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: Christopher Owen Stokes | ) | Bankruptcy Case No. |
| | ) | 14-40399-drd7 |
| Debtor(s) | ) | |
| | ) | CHAPTER 7 |

| | | |
|---|---|---|
| Christopher Owen Stokes | ) | Adversary Case No. |
| Plaintiff(s) | ) | 14-04060-drd |
| v. | ) | MOTION FOR ENTRY OF |
| | ) | DEFAULT JUDGEMENT |
| College Loan Corporation | ) | |
| University of San Diego | ) | |
| Premier Credit of North America, LLC, | ) | |
| & U.S. Department of Education | ) | |
| Defendants. | ) | |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

In accordance with Bankruptcy Rule 7055 and Fed. R. Civ. P. 55(b), plaintiff(s) hereby moves for the entry of a Default Judgment against defendant(s) for failure to plead or otherwise defend. In support thereof, plaintiff(s) states as follows:

1. The Complaint brought against defendant(s) in this action was filed on May 13, 2014.

2. On that date, the Clerk of this Court issued a Summons which required the defendant(s) to serve an Answer or other responsive pleading within thirty days [thirty five days for the United States or an officer or agency thereof] of the date of issuance of the Summons by the Clerk.

3. Summons has been properly served upon all defendant(s). As of the present date, no Answer or Motion has been filed by the defendant(s).

4. Rule 55(b)(2) of the Federal Rules of Civil Procedure authorizes the entry of a default against a party for failure to answer or otherwise plead to a complaint.

5. Because no Answers have yet been filed, plaintiff(s) requests that a Default Judgment enter in his/her/its favor for the relief demanded in the Complaint.

Dated on October 24, 2014.

_____
PLAINTIFF